# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARSENAL, INC., a domestic corporation, | Case No:   2:11-cv-01628-KJD-CWH |
| Plaintiff, | |
| vs. | |
| ADAM NEAL, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive, | |
| Defendant. | |

## ORDER GRANTING PRELIMINARY INJUNCTION

This Court having considered the pleadings, papers and documents on file herein and being otherwise fully advised, and good cause appearing therefore, hereby FINDS as follows:

(1)  Defendant Adam Neal ("Neil") published a series of videos regarding Plaintiff Arsenal Inc.'s ("Arsenal") goods and services to third parties via the internet through "YouTube," <http://www.youtube.com>, under the name "MrAk47master."

(2)  Specifically, on July 9, 2010 Neal published a video on "YouTube" under his username claiming that Arsenal goods were below specific standards in quality (hereinafter "Combat Ready Video"). The Combat Ready Video can be found at http://www.youtube.com/user/MrAk47master#/p/u/10/riIXDi0RAcI. In the Combat Ready Video, Neal claims Arsenal's goods are not "combat ready" because they did not meet his expectations in a torture test unsubstantiated by any firearm organization.

MAC:11847-002 2000369_1.DOCX 6/28/2013 8:07 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

(3) On August 10, 2010, Neal published a video on "YouTube" under his username wherein he fired a gun rapidly and threw dirt on it ("Test Video"). The test video can be found at http://www.youtube.com/user/MrAk47master#p/u/9/xEkgNhO16MM. Then, after stating that the gun had jammed several times, Neal concluded the gun did not perform as it should have.

(4) Throughout the Combat Ready Video and the Test Video, Neil asserts and concludes Arsenal's goods and services are not MIL-SPEC.

(5) After evaluating Arsenal's claims, this Court has found Neil is liable for Business Disparagement as Neal's statements contained within the Combat Ready Video and Test Video are false and disparaging, asserted without privilege, made with malice, and caused Arsenal to suffer special damages.

(6) This Court has also concluded Neil is liable for Interference for Prospective Economic Advantage because Neil intentionally interfered with Arsenal's prospective contractual relations with third parties without having privilege or justification; and this interference caused actual harm.

Based upon the foregoing,

IT IS HEREBY ORDERED that Arsenal is entitled to a Preliminary Injunction in the instant matter;

IT IS FURTHER ORDERED that the Court finds Arsenal is likely to suffer irreparable harm in the absence of preliminary relief if Neil is permitted to continue publishing his Combat Ready Video and his Test Video;

IT IS FURTHER ORDERED that the Court finds Arsenal has succeeded on the merits of its Business Disparagement and Interference with Prospective Economic Advantage claims;

IT IS FURTHER ORDERED that the Court finds Arsenal's hardship will outweigh Neal's hardship;

IT IS FURTHER ORDERED that Neil shall hereby REMOVE the Combat Ready Video and the Test Video from "YouTube" immediately;

MAC:11847-002 2000369_1.DOCX 6/28/2013 8:07 AM

IT IS FURTHER ORDERED that Neil shall hereby REMOVE the Combat Video and the Test Video from every other domain, forum, or space wherein they can be viewed by third parties immediately.

IT IS FURTHER ORDERED that all third party hosts, hosting sites, cloud based servers and all other hosted storage mediums, including but not limited to "YouTube", remove and take down the Combat Video and the Test Video; including all meta data, meta tags, and history.

IT IS FURTHER ORDERED that any hosts, hosting sites, cloud based servers, and all other hosted storage mediums, including but not limited to "YouTube", permanently delete and destroy the Combat Video and the Test Video; such that search engines, web crawlers, and users are forever unable to access the Combat Video and the Test Video or any history thereof.

IT IS FURTHER ORDERED that "YouTube" and all other web hosts shall remove the Combat Ready Video and the Test Video from its servers immediately.

Dated this 28th day of June, 2013.

_____
Kent J. Dawson
United States District Judge

Respectfully submitted:

MARQUIS AURBACH COFFING

By: /s/ Christian T. Balducci, Esq.
   Terry A. Coffing, Esq.
   Nevada Bar No. 4949
   Brian R. Hardy, Esq.
   Nevada Bar No. 10068
   Christian T. Balducci, Esq.
   Nevada Bar No. 12688
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for Plaintiff*

MAC:11847-002 2000369_1.DOCX 6/28/2013 8:07 AM