# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARSENAL, INC.,

    Plaintiff,

v.

ADAM NEAL,

    Defendant.

Case No. 2:11-CV-01628-KJD-CWH

**ORDER**

    Presently before the Court is Plaintiff's Motion for Judgment, for a Permanent Injunction and for Dismissal of Remaining Claims without Prejudice (#18). Though the time for doing so has passed no response in opposition has been filed.

    The Court previously granted (#15) summary judgment in Plaintiff's favor on its claims for business disparagement, tortuous interference with prospective economic advantage and business expectancy, and injunctive relief. Having read and considered Plaintiff's motion for judgment on the merits and finding good cause, the Court grants the motion in accordance with Local Rule 7-2(d). Therefore, the Court grants Plaintiff's motion for damages in the amount of $19,000.00. Further, the Court dismisses Arsenal's libel claim and all remaining claims from the Boycott Video. Finally, having demonstrated success on the merits, the Court grants Plaintiff's motion for a permanent

1  injunction.  Plaintiff shall file a proposed permanent injunction within fourteen (14) days of the entry
2  of this order.
3    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court enter **JUDGMENT** for
4  Plaintiff and against Defendant in the amount of $19,000.00;
5    IT IS FURTHER ORDERED that Plaintiff's libel claim and all other claims arising from the
6  Boycott Video are **DISMISSED without prejudice**;
7    IT IS FURTHER ORDERED that Plaintiff file a proposed permanent injunction within
8  fourteen (14) days of the entry of this order.
9    DATED this 7th day of October 2013.

_____
Kent J. Dawson
United States District Judge