UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARSENAL, INC., a domestic corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM NEAL, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendant. | Case No:   2:11-cv-01628-KJD-CWH |

### PERMANENT INJUNCTION

This Court having considered the pleadings, papers and documents on file herein and being otherwise fully advised, and good cause appearing therefore, hereby FINDS as follows:

(1) Defendant Adam Neal ("Neil") published a series of videos in regard to Plaintiff Arsenal Inc.'s ("Arsenal") goods and services to third parties via the internet through "YouTube," <http://www.youtube.com>, under the name "MrAk47master."

(2) Specifically, on July 9, 2010 Neal published a video on "YouTube" under his username claiming that Arsenal goods were below specific standards in quality (hereinafter "Combat Ready Video"). The Combat Ready Video can be found at http://www.youtube.com/user/MrAk47master#/p/u/10/riIXDi0RAcI. In the Combat Ready Video, Neal claims Arsenal's goods are not "combat ready" because they did not meet his expectations in a torture test unsubstantiated by any firearm organization.

(3) On August 10, 2010, Neal published a video on "YouTube" under his username wherein he fired a gun rapidly and threw dirt on it ("Test Video"). The test video can be found at http://www.youtube.com/user/MrAk47master#p/u/9/xEkgNhO16MM.

(4) Throughout the Combat Ready Video and the Test Video, Neil asserts and concludes Arsenal's goods and services are not MIL-SPEC. , which is a term of art in the firearms industry.

(5) After evaluating Arsenal's claims, this Court has found Neil is liable for Business Disparagement as Neal's statements contained within the Combat Ready Video and Test Video are false and disparaging, asserted without privilege, made with malice, and caused Arsenal to suffer special damages.

(6) This Court has also concluded Neil is liable for Interference for Prospective Economic Advantage because Neil intentionally interfered with Arsenal's prospective contractual relations with third parties without having privilege or justification; and this interference caused actual harm.

(7) That Arsenal has suffered irreparable harm as a result of the Combat Ready Video and the Test Video;

(8) That Arsenal has succeeded on the merits of its Business Disparagement and Interference with Prospective Economic Advantage claims;

(9) That the Court finds Arsenal's hardship outweighs Neal's hardship.

Based upon the foregoing,

IT IS HEREBY ORDERED that Arsenal is entitled to a Permanent Injunction;

Therefore, Parties are hereby PERMANENTLY ENJOINED AND RESTRAINED from the following:

(1) Neil shall hereby REMOVE the Combat Ready Video and the Test Video from "YouTube" immediately;

(2) Neil shall hereby REMOVE the Combat Ready Video and the Test Video from every other domain, forum, or space wherein they can be viewed by third parties immediately.

(3) That all third party hosts, hosting sites, cloud based servers and all other hosted storage mediums, including but not limited to "YouTube", shall immediately remove and take down the Combat Ready Video and the Test Video; including all meta data, meta tags, and history.

(4) That any hosts, hosting sites, cloud based servers, and all other hosted storage mediums, including but not limited to "YouTube", permanently delete and destroy the Combat Ready Video and the Test Video; such that search engines, web crawlers, and users are forever unable to access the Combat Video and the Test Video or any history thereof.

(5) That "YouTube" and all other web hosts shall remove the Combat Ready Video and the Test Video from its servers immediately.

(6) That the Combat Ready Video and the Test Video shall never be published again by Neal or any other third party.

Dated this 9th day of July, 2014.

_____
Kent J. Dawson
United States District Judge