# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARSENAL, INC.,

    Plaintiff,

v.

ADAM NEAL,

    Defendant.

Case No. 2:11-CV-01628-KJD-CWH

**ORDER**

    Presently before the Court is Plaintiff's Motion for Attorney's Fees (#23).  Though the time for doing so has passed, Defendant has not filed a response in opposition.

    Federal Rule of Civil Procedure 54 allows for an award of attorney's fees and costs where a statute or rule provides for their award.  As a court sitting in diversity, this Court applies the substantive law of Nevada.  See Shady Grove Orthopedic Assocs. v. Allstate Ins. Co., 559 U.S. 393, 436 (2010); Erie v. Tompkins, 304 U.S. 64 (1938).  Nevada Revised Statute ("NRS") 18.010(2) allows an award of attorneys fees to the prevailing party that has recovered less than $20,000.00.  NRS 18.020 also authorizes costs to prevailing parties.  Finally, NRS 17.020 provides an award of prejudgment interest to prevailing Plaintiff in this action.

    Summary judgment has been awarded to Plaintiff in this action.  Plaintiff has secured a $19,000.00 judgment and a permanent injunction in its favor.  Having reviewed and considered the

factors in Local Rule 54-16, and incorporating the unopposed analysis of the factors in Plaintiff's motion, the Court finds that Plaintiff should be awarded its attorneys fees which are reasonable and necessary in this action.  The fees sought are reasonable and customary in this jurisdiction considering the nature of the case, the attorneys experience, and the outcome achieved.  Therefore, attorney's fees are awarded to Plaintiff in the amount of $14,026.50.

Pursuant to NRS 18.020, costs are awarded to Plaintiff in the amount of $1,141.31.  Finally, prejudgment interest is awarded to Plaintiff pursuant to NRS 17.130(1).

Accordingly, IT IS HEREBY ORDERED that  Plaintiff's Motion for Attorney's Fees (#23) is **GRANTED**;

IT IS FURTHER ORDERED that **JUDGMENT** for attorney's fees and costs be entered for Plaintiff and against Defendant in the amount of $15,167.83.

DATED this 9th day of July 2014.

_____
Kent J. Dawson
United States District Judge