AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

ARSENAL, INC.,

        Plaintiff,

V.

ADAM NEAL

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-CV-01628-KJD-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that the court awards $15,167.83 in attorney fees in favor of Plaintiff, Arsenal, Inc., and against Defendant, Adam Neal.

7/10/2014                                      /s/ Lance S. Wilson

Date                                              Clerk

/s/ D, Johnson

(By) Deputy Clerk